**Ahadi Abu-al MUHAMMAD, AKA Onofre Tommy Serrano, Plaintiff-Appellant,**

v.

**CITY OF LONG BEACH; et al., Defendants-Appellees.**

No. 16-55730

United States Court of Appeals, Ninth Circuit.

Submitted May 8, 2017 *

Filed May 17, 2017

Ahadi Abu-Al Muhammad, Pro Se

Before: REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

MEMORANDUM **

Ahadi Abu-al Muhammad, a.k.a Onofre Tommy Serrano, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various claims stemming from his arrest and detainment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. Resnick v. Hayes, 213 F.3d 443, 447 (9th Cir. 2000) (dismissal under 28 U.S.C. § 1915A); Barren v. Harrington, 152 F.3d 1193, 1194 (9th Cir. 1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)). We reverse and remand.

Dismissal of Muhammad's action was premature because the allegations that Muhammad was stopped and arrested based on Muhammad's race, liberally construed, are "sufficient to warrant ordering [defendants] to file an answer." Wilhelm v. Rotman, 680 F.3d 1113, 1116 (9th Cir. 2012). We reverse the judgment and remand for further proceedings.

**REVERSED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.